BRYAN SCHRODER
United States Attorney

MARIE C. SCHEPERLE
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Marie.Scheperle@usdoj.gov

Attorney for Defendant United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREA LAURIA,<br><br>    Plaintiff,<br><br> vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and CHRIS HEITSTUMAN,<br><br>    Defendants. | Case No. 3:20-cv-00210-SLG |

**NOTICE OF APPEARANCE**

  Marie C. Scheperle, Assistant U.S. Attorney, hereby enters her

appearance as Co-Counsel of record for the United States of America, in the

above-entitled matter and requests that copies of all pleadings filed be directed to her.

RESPECTFULLY SUBMITTED on October 16, 2020, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Marie C. Scheperle
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2020,
a copy of the foregoing was served electronically on:

Mera Matthews
John Cashion

s/ Marie C. Scheperle

*Lauria v. United States Dep't of Homeland Security, et al.*
Case No. 3:20-cv-00210-SLG            2