Mera Matthews
Alaska Bar No. 0605020
John Cashion
Alaska Bar No. 9806025
CASHION GILMORE LLC
1007 W. 3rd Avenue, Suite 301
Anchorage, AK 99501
Telephone: (907) 222-7932
Facsimile: (907) 222-7938
Emails: mera@cashiongilmore.com
john@cashiongilmore.com

*Attorneys for Andrea Lauria*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREA LAURIA,<br><br>       Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and CHRIS HEITSTUMAN,<br><br>       Defendants. | Case No. 3:20-cv-00210-SLG |

### MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT WITH CONSENT OF OPPOSING PARTY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2) and 21

COMES NOW Plaintiff Andrea Lauria, by and through counsel Cashion Gilmore, and moves to amend the complaint pursuant to Federal Rule of Civil

MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT WITH CONSENT OF OPPOSING PARTY
*Lauria v. United States of America and Chris Heitstuman* Case No. 3:20-cv-00210-SLG     Page 1 of 3

Case 3:20-cv-00210-SLG  Document 9  Filed 11/02/20  Page 1 of 3

Procedure 15(a)(2). Opposing counsel has consented to this filing in writing via email dated October 30, 2020.[1]

Civil Rule 15 provides that leave to amend pleadings should be freely granted. No responsive pleadings have been filed in this matter to date and no discovery has been conducted. The parties will not suffer prejudice as a result of this amendment. Pursuant to Local Civil Rule 15.1 the Second Amended Complaint is attached to this filing and indicates how it differs from the pleading it amends by striking through the text to be deleted and underlining the text to be added.[2] Upon issuance of an order granting Plaintiff's Motion for Leave to File Second Amended Complaint a clean copy of the Second Amended Complaint will be filed.

DATED this 2nd day of November 2020, at Anchorage, Alaska.

CASHION GILMORE LLC
Attorneys for Andrea Lauria

/s/ *Mera Matthews*
_____
Mera Matthews
Alaska Bar No. 0605020
John P. Cashion
Alaska Bar No. 9806025

---

[1] See attached Ex. 1, Email from Seth Beausang dated October 30, 2020.
[2] Ex. 2, Second Amended Complaint.

MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT WITH CONSENT OF OPPOSING PARTY
*Lauria v. United States of America and Chris Heitstuman* Case No. 3:20-cv-00210-SLG          Page 2 of 3

Case 3:20-cv-00210-SLG   Document 9   Filed 11/02/20   Page 2 of 3

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy
of the foregoing was served electronically
on November 2, 2020 via the Court's CM/ECF
system on the following:

Marie Scheperle
Marie.Scheperle@usdoj.gov

Seth Beausang
seth.beausang@usdoj.gov

CASHION GILMORE LLC

By: s/ Mera Matthews

MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT WITH CONSENT OF OPPOSING PARTY
*Lauria v. United States of America and Chris Heitstuman* Case No. 3:20-cv-00210-SLG          Page 3 of 3

Case 3:20-cv-00210-SLG   Document 9   Filed 11/02/20   Page 3 of 3