BRYAN SCHRODER
United States Attorney

MARIE C. SCHEPERLE
SETH M. BEAUSANG
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Marie.Scheperle@usdoj.gov
Email: Seth.Beausang@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREA LAURIA, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES and CHRIS HEITSTUMAN, <br><br> Defendants. | Case No. 3:20-cv-00210-SLG |

**JOINT REQUEST TO STAY RULE 26(F) CONFERENCE**

Plaintiff and Defendant United States jointly request stay on the Civil

Rule 26(f) conference. Dkt. 6. Plaintiff is still attempting to serve defendant

Chris Heitstuman. Plaintiff and Defendant United States request a stay on the Civil Rule 26(f) conference until service on Defendant Heitstuman is accomplished so that a joint conference with all parties may occur.

RESPECTFULLY SUBMITTED this 5th day of November 2020, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Marie C. Scheperle
Assistant U.S. Attorney
United States of America


s/ Seth M. Beausang
Assistant U.S. Attorney
United States of America


s/ Mera Matthews (consent)
Cashion Gilmore LLC
Attorneys for Plaintiff

*Lauria v. United States Dep't of Homeland Security, et al.*
Case No. 3:20-cv-00210-SLG                2

# CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2020,
a copy of the foregoing was served electronically
on:

Mera Matthews
John Cashion

s/ Seth M. Beausang

*Lauria v. United States Dep't of Homeland Security, et al.*
Case No. 3:20-cv-00210-SLG          3