BRYAN SCHRODER
United States Attorney

MARIE C. SCHEPERLE
SETH M. BEAUSANG
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Marie.Scheperle@usdoj.gov
Email: Seth.Beausang@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREA LAURIA,<br><br>    Plaintiff,<br><br> vs.<br><br>UNITED STATES and CHRIS HEITSTUMAN,<br><br>    Defendants. | Case No. 3:20-cv-00210-SLG |

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**

Defendant United States hereby withdraws its Motion to Dismiss (Dkt. 5) as moot in light of the Plaintiff's Second Amended Complaint, which the

Court accepted on November 4, 2020. Dkt. 10.

RESPECTFULLY SUBMITTED this 5th day of November 2020, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Marie C. Scheperle
Assistant U.S. Attorney
United States of America

s/ Seth M. Beausang
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2020,
a copy of the foregoing was served electronically on:

Mera Matthews
John Cashion

s/ Seth M. Beausang

*Lauria v. United States Dep't of Homeland Security, et al.*
Case No. 3:20-cv-00210-SLG           2