Mera Matthews
Alaska Bar No. 0605020
John Cashion
Alaska Bar No. 9806025
CASHION GILMORE LLC
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7932
Facsimile: (907) 222-7938
Emails: mera@cashiongilmore.com
john@cashiongilmore.com

*Attorneys for Andrea Lauria*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREA LAURIA,<br><br>              Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and BERT CHRIS HEITSTUMAN,<br><br>              Defendants. | Case No. 3:20-cv-00210-SLG |

## NOTICE OF SERVICE ON DEFENDANT BERT CHRIS HEITSTUMAN

COMES NOW Plaintiff Andrea Lauria, by and through counsel Cashion Gilmore, and supplies notice that Defendant Bert Chris Heitstuman has been served with the Third Amended Complaint.

NOTICE OF SERVICE ON DEFENDANT BERT CHRIS HEITSTUMAN
*Lauria v. United States of America and Chris Heitstuman* Case No. 3:20-cv-00210-SLG    Page 1 of 2

Case 3:20-cv-00210-SLG   Document 30   Filed 07/07/21   Page 1 of 2

Heitstuman was served with the Second Amended Complaint on March 2, 2021 while he was incarcerated.[1] He was served with the Third Amended Complaint on July 2, 2021.[2]

DATED this 7th day of July, 2021, at Anchorage, Alaska.

CASHION GILMORE LLC
Attorneys for Andrea Lauria

/s/ *Mera Matthews*

_____
Mera Matthews
Alaska Bar No. 0605020
John P. Cashion
Alaska Bar No. 9806025

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing was served electronically on July 7, 2021 via the Court's CM/ECF system on the following:

Marie Scheperle
Marie.Scheperle@usdoj.gov

Seth Beausang
seth.beausang@usdoj.gov

CASHION GILMORE LLC

By: s/ Mera Matthews

---

[1] See Ex. 1, Proof of Service.
[2] See Ex. 2, Proof of Service.

NOTICE OF SERVICE ON DEFENDANT BERT CHRIS HEITSTUMAN
*Lauria v. United States of America and Chris Heitstuman* Case No. 3:20-cv-00210-SLG        Page 2 of 2

Case 3:20-cv-00210-SLG   Document 30   Filed 07/07/21   Page 2 of 2