# AFFIDAVIT - RETURN OF SERVICE

ANDREA LAURIA

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA AND BERT CHRISTOPHER HEITSTUMAN

    Defendant(s).

Case Number: 3:20-CV-00210-SLG

**FILE STAMP**

I solemnly swear or affirm that on 7/2/2021, at 1:01 PM, I served the following documents:

THIRD AMENDED COMPLAINT FOR DAMAGES, EXHIBIT

upon the therein named BERT "CHRIS" HEITSTUMAN at 4220 GRAPE STREET, #B, ANCHORAGE, ALASKA 99508, by handing and leaving a true and correct copy with BERT "CHRIS" HEITSTUMAN.

Process Server Notes:
RUSH

DOUGLAS CALLISON
Civilian Process Server

SUBSCRIBED AND SWORN to or affirmed before me this July 06, 2021 in Anchorage, Alaska.

Notary Public in and for the State of Alaska
My Commission Expires: 5/29/2024

Client: CASHION GILMORE, LLC
Client Contact: JENNIFER WITASCHEK
File Number: LAURIA

**North Country Process, Inc.**
P.O. Box 101126
Anchorage, Alaska 99510
Office: (907) 274-2023
Fax Line: (907) 274-2823

NCPI@alaska.net

Return No.: 204603

| | |
|---|---|
| Service Fee [Rule 11(a)(1)(i/ii)]: | $45.00 |
| Mileage Fee [Rule 11(a)(7)]: | $20.00 |
| Total Recoverable Fees per Admin Rule 11: | $65.00 |
| Endeavor Fee: | $25.00 |
| Total Non-Recoverable Fees per Admin Rule 11: | $25.00 |
| Total Service Fees: | $90.00 |

EXHIBIT 2
Page 1 of 1