Mera Matthews
Alaska Bar No. 0605020
John Cashion
Alaska Bar No. 9806025
CASHION GILMORE & LINDEMUTH
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7932
Facsimile: (907) 222-7938
Emails: mera@cashiongilmore.com
john@cashiongilmore.com

*Attorneys for Andrea Lauria*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREA LAURIA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and BERT CHRIS HEITSTUMAN,<br><br>　　　　　　　Defendants. | Case No. 3:20-cv-00210-SLG |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT ON DEFENDANT BERT CHRIS HEITSTUMAN

Plaintiff Andrea Lauria, by and through counsel Cashion Gilmore & Lindemuth, and pursuant to Civil Rule 55, requests that the clerk enter default on Defendant Bert Chris Heitstuman.

After attempting service numerous times, defendant Bert Chris Heitstuman was served with the Second Amended Complaint while he was in custody at the

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT ON DEFENDANT BERT CHRIS HEITSTUMAN
*Lauria v. United States of America and Chris Heitstuman* Case No. 3:20-cv-00210-SLG　　　Page 1 of 2

Case 3:20-cv-00210-SLG   Document 34   Filed 09/02/21   Page 1 of 2

Anchorage Jail on March 1, 2021.[1] Heitstuman did not respond to the complaint. He was served with the Third Amended Complaint on July 2, 2021 as stated in the Notice of Service of Defendant at Docket 30.[2]

More than 21 days have passed since service of the summons and Third Amended Complaint on Defendant Heitstuman. Heitstuman has failed to plead or otherwise defend this action and therefore Plaintiff Andrea Lauria is entitled to judgment by default.

DATED this 2nd day of September 2021, at Anchorage, Alaska.

CASHION GILMORE & LINDEMUTH
Attorneys for Andrea Lauria

/s/ *Mera Matthews*

_____
Mera Matthews
Alaska Bar No. 0605020
John P. Cashion
Alaska Bar No. 9806025

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy
of the foregoing was served electronically
on September 2, 2021 via the Court's CM/ECF
system on the following:

Marie Scheperle
Marie.Scheperle@usdoj.gov

Seth Beausang
seth.beausang@usdoj.gov
By: s/ Mera Matthews

---

[1] See Attached Affidavit-Return of Service dated March 1, 2021.
[2] See Attached Affidavit-Return of Service dated July 2, 2021.

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT ON DEFENDANT BERT CHRIS HEITSTUMAN
*Lauria v. United States of America and Chris Heitstuman* Case No. 3:20-cv-00210-SLG    Page 2 of 2

Case 3:20-cv-00210-SLG   Document 34   Filed 09/02/21   Page 2 of 2