LAW OFFICE OF DATTAN SCOTT DATTAN
D. Scott Dattan
341 West Tudor Road, Suite 103
Anchorage, AK 99503
Phone: (907)276-8008
Fax: (907)278-8571
E-mail: dattan@dattanlaw.com

Attorney for Defendant, Bert Christopher Heitstuman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREA LAURAI,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and<br><br>BERT CHRISTOPHER HEITSTUMAN,<br>    Defendant. | **NOTICE OF ATTORNEY APPEARANCE**<br><br>Case No. 3:20-cv-00210-SLG |

  D. Scott Dattan hereby enters his appearance on behalf of Defendant, Bert Christopher Heitstuman. Undersigned counsel asks that copies of all pleadings, filings and orders be sent to the undersigned at the address listed below or via email at: dattan@dattanlaw.com.

  Dated this 9th day of November, 2021 at Anchorage, Alaska.

              s/ D. Scott Dattan
              Attorney for Defendant, Bert C. Heitstuman
              341 West Tudor Road, Suite 103
              Anchorage, Alaska 99503
              Phone: (907)276-8008,
              Fax: (907)278-8571
              E-mail: dattan@dattanlaw.com
              Alaska Bar No. 8411111

**CERTIFICATE OF SERVICE:**

I hereby certify that electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on November 9, 2021.

All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/ D. Scott Dattan