Mera Matthews
Alaska Bar No. 0605020
John Cashion
Alaska Bar No. 9806025
CASHION GILMORE & LINDEMUTH
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7932
Facsimile: (907) 222-7938
Emails: mera@cashiongilmore.com
john@cashiongilmore.com

*Attorneys for Andrea Lauria*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANDREA LAURIA,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and BERT CHRIS HEITSTUMAN,<br><br>                Defendants. | Case No. 3:20-cv-00210-SLG |

## NON-OPPOSED MOTION TO EXTEND PRETRIAL DEADLINES

Plaintiff Andrea Lauria, by and through counsel Cashion Gilmore & Lindemuth, hereby moves to extend the pretrial deadlines in the Scheduling and Planning Order (Doc. 38) as follows:

| | CURRENTLY DUE | PROPOSED NEW DEADLINE |
|---|---|---|
| Motions to amend, add parties and identify expert witnesses | 1/7/22 | 3/4/22 |

PLAINTIFF'S NON-OPPOSED MOTION TO EXTEND PRETRIAL DEADLINES
*Lauria v. United States of America and Chris Heitstuman* Case No. 3:20-cv-00210-SLG     Page 1 of 3

Case 3:20-cv-00210-SLG    Document 42    Filed 01/14/22    Page 1 of 3

| Supplemental expert witnesses | 1/21/22 | 3/18/22 |
|---|---|---|
| Plaintiff's expert reports re damages | 2/7/22 | 4/4/22 |
| Expert reports re liability, all parties, and defendant's expert reports re damages | 4/7/22 | 6/2/22 |
| Final witness lists | 7/25/22 | 9/19/22 |
| Discovery closes | 9/7/22 | 11/2/22 |
| Discovery motions | 9/21/22 | 11/16/22 |
| Dispositive motions and motions to exclude expert testimony | 10/7/22 | 12/2/22 |

Extending the deadlines is necessary because default has been entered against defendant Bert Heitstuman and there is an outstanding question of whether default will or will not be lifted. Whether Heitstuman is defaulted or not plays a significant role in the identification and role of expert witnesses and the course of discovery. Counsel for the United States, Marie Scheperle, has indicated via email that she does not oppose this motion.

DATED this 14th day January, 2022, at Anchorage, Alaska.

CASHION GILMORE & LINDEMUTH
Attorneys for Andrea Lauria

/s/ *Mera Matthews*

_____
Mera Matthews
Alaska Bar No. 0605020
John P. Cashion
Alaska Bar No. 9806025

PLAINTIFF'S NON-OPPOSED MOTION TO EXTEND PRETRIAL DEADLINES
*Lauria v. United States of America and Chris Heitstuman* Case No. 3:20-cv-00210-SLG    Page 2 of 3

Case 3:20-cv-00210-SLG   Document 42   Filed 01/14/22   Page 2 of 3

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on January 14, 2022 on the following:

Marie Scheperle
Marie.Scheperle@usdoj.gov

Seth Beausang
seth.beausang@usdoj.gov

D. Scott Dattan
dattan@dattanlaw.com

CASHION GILMORE & LINDEMUTH

s/ Mera Matthews

PLAINTIFF'S NON-OPPOSED MOTION TO EXTEND PRETRIAL DEADLINES
*Lauria v. United States of America and Chris Heitstuman* Case No. 3:20-cv-00210-SLG        Page 3 of 3

Case 3:20-cv-00210-SLG   Document 42   Filed 01/14/22   Page 3 of 3